WILLIAM P. ROOME v. THOMAS M. RILEY, *Sheriff, etc* — Order granting new trial reversed, with costs. Opinion by BARNARD, P. J.; GILBERT, J., dissenting.

MICHAEL K. BURKE, *Respondent,* v. ANNA M. MULLAN, *Individually and as Administratrix, etc., of* GEORGE V. MULLAN, *Deceased, Appellant.* — Judgment reversed and new trial granted, costs to abide event. Opinion by GILBERT, J.; DYKMAN, J., dissenting.

IN THE MATTER OF THE PROBATE OF THE LAST WILL AND CODICIL OF MARY O'HARA, *Deceased.* — Decree of surrogate affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

CATHARINE M. RAYMOND, *Respondent,* v. JOSEPH HUSSON and others, *Appellants.* — Part of order denying retaxation affirmed, with costs. Opinion by BARNARD, P. J.

CATHARINE M. RAYMOND v. HIRAM NOTT AND JOSEPH R. HUSSON. — Judgment and order overruling defendant's answer affirmed, with costs. Opinion by BARNARD, P. J.

CATHARINE M. RAYMOND v. JOSEPH HUSSON and others. — Part of order denying motion in reference to sheriff's bills affirmed, with costs and disbursements. Opinion by BARNARD, P. J.

WILLIAM H. STILES, *Appellant,* v. SAMUEL REICHART *et al , Respondents.* — Judgment affirmed, with costs. Opinion by DYKMAN, J.

THOMAS NELSON, *Individually and as Trustee under Will of* WILLIAM NELSON, *Deceased, and* CORNELIA L., his wife, *Respondents,* v. JOHN V. PURDY and others, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by GILBERT, J.; DYKMAN, J., not sitting.

EDITH M. DOUGHERTY, *Respondent,* v. JOHN W. SMITH, Jr., and ALPHONZO SMITH, *Appellants.* — Judgment and order denying new trial affirmed, with costs. Opinion by DYKMAN, J.

F. GUSTAV FINCKE, *Appellant,* v. HERMANN FUNCKE, *Respondent.* — Judgment and order denying new trial affirmed, with costs. Opinion by BARNARD, P. J.

WILLIAM FLETCHER, *Appellant,* v. THE GOSHEN GAS-LIGHT COMPANY, *Respondent.* — Judgment of County Court affirmed, with costs. Opinion by GILBERT, J.

THE HANOVER NATIONAL BANK OF THE CITY OF NEW YORK, *Respondent,* v. ELEAZAR S. VAUGHAN, *Appellant.* — Judgment affirmed, with costs. Opinion by BARNARD, P. J.

MARY E. REMSEN and others, *Appellants,* v. GEORGE H. DENNIS, *Respondent.* — Judgment and order denying new trial reversed and new trial granted, costs to abide event. Opinion by DYKMAN, J.; BARNARD, P. J., not sitting.

ALBERT T. BAXTER v. FRANKLIN BELL. — Judgment affirmed, with costs. Opinion by DYKMAN, J.